No. 86–6216. DEMOUCHETTE *v.* TEXAS. Ct. Crim. App. Tex.;

No. 86–6711. TARVER *v.* ALABAMA. Sup. Ct. Ala.;

No. 86–6731. SCHLUP *v.* MISSOURI. Sup. Ct. Mo.;

No. 86–6747. TERRY *v.* PENNSYLVANIA. Sup. Ct. Pa.; and

No. 86–6795. JACKSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 86–6216, 731 S. W. 2d 75; No. 86–6711, 500 So. 2d 1256; No. 86–6731, 724 S. W. 2d 236; No. 86–6747, 513 Pa. 381, 521 A. 2d 398; No. 86–6795, 502 So. 2d 409.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–7013 (A–888). MOORE *v.* BUTLER, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.